No. 90–7436. SINDRAM *v.* AHALT ET AL. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. 

No. 90–7503. SZOKE *v.* MINNESOTA MINING & MANUFACTURING CO., INC. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. 